

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-15-00124-CR

Hector **RAMIREZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR2894
Honorable Kevin M. O'Connell, Judge Presiding

PER CURIAM

Sitting:      Karen Angelini, Justice
              Marialyn Barnard, Justice
              Rebeca C. Martinez, Justice

Delivered and Filed:  December 9, 2015

DISMISSED

Appellant has filed a motion to dismiss this appeal. *See* TEX. R. APP. P. 42.2(a). We grant

the motion and dismiss this appeal. *See id.*

PER CURIAM

Do not publish